FILED
2024 NOV 18 AM 10:38
CLERK
U.S. DISTRICT COURT

THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| CASEY DWAIN CAMPBELL, Plaintiff, v. UTAH STATE HOSPITAL et al., Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER** Case No. 2:24-CV-73 HCN District Judge Howard C. Nielson, Jr. |

Plaintiff Casey Dwain Campbell, a patient in Utah State Hospital, filed this civil-rights complaint under 42 U.S.C. § 1983 on January 29, 2024. *See* Dkt. No. 4. Based on Plaintiff's successful motion to proceed without prepaying the court filing fee, Plaintiff was required to pay an initial partial filing fee (IPFF) of six dollars within thirty days. *See* Dkt. Nos. 1, 8, 10. When granting the motion to proceed in forma pauperis, the court made clear that "[f]ailure to [pay] will result in case dismissal without prejudice and without further notice." Dkt. No. 8. Two months later, the court issued an order requiring the Plaintiff to show cause why his case should not be dismissed for failure to pay the filing fee. *See* Dkt. No. 11. Once again, the Plaintiff was put on notice that "[f]ailure to comply will result in dismissal without further notice." *Id.* After another two months, the court again issued an order informing the Plaintiff that it was his responsibility to see that the funds were transferred. *See* Dkt. No. 13. And again, the court was plain that this was Plaintiff's "last thirty-day period in which to SHOW CAUSE why this case should not be dismissed for his failure to pay." *Id.* Plaintiff's subsequent letter to chambers gave

no clear answer why the filing fee was not paid or why the court should not dismiss the case. *See* Dkt. No. 14. And still, Plaintiff has never paid the IPFF. *See* Dkt. No. 12.

For the foregoing reasons, this action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DATED this _____ day of November, 2024.

BY THE COURT:

_____
HOWARD C. NIELSON, JR.
United States District Judge